UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

East Fork Industries, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/2/2022
```

22 Civ. 8346 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 4, 2022, the Court ordered the parties to submit a joint letter and a proposed case management plan by November 29, 2022. ECF No. 7. Those submissions are now overdue. Accordingly, by **December 7, 2022**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 2, 2022
       New York, New York

                                      ANALISA TORRES
                                United States District Judge