UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>EAST FORK INDUSTRIES, LLC.<br><br>                Defendant. | Case No.  1:22-cv-8346<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             December 2, 2022

                                              Respectfully Submitted,

                                            **/s/ Mars Khaimov**
                       By:    Mars Khaimov, Esq.
                             108-26 64th avenue, Second Floor
                             Forest Hills, New York 11375
                             Tel (929) 324-0717
                             Fax (929) 333-7774
                             Email: mars@khaimovlaw.com
                             *Attorney for Plaintiff*